8 F.3d 15
 PORTLAND FEMINIST WOMEN'S HEALTH CLINIC, an Oregon nonprofit
corporation; Amy Aycrigg; Geri Craig, et al.,
Plaintiffs-Appellees,
v.
ADVOCATES FOR LIFE, INC., an Oregon nonprofit corporation;
et al., Defendants-Appellants.
 No. 91-35512.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 19, 1993.
 
 Before: BEEZER, NOONAN and TROTT, Circuit Judges.
 
 ORDER
 
 1
 The opinion filed in this case on September 20, 1993 is hereby ordered recalled and withdrawn. Submission of this case is also again ordered deferred pending a decision by this court in National Abortions Federation, et al., v. Operation Rescue, et al., No. 90-55199.